Your Honor,

In a lawsuit against District 1, Henderson County Chandler Texas, and Smith County, Tyler, Texas, Henderson County Sheriffs Officer of 06/06/2019; Smith County Sheriffs Officers of 05/14/2021, Tyler Law Enforcement, and Smith County Sheriffs Officers, and Tyler Law Enforcement on 05/14/2022; in collusion with Debra Diertoy, Kathleen Mendoza, James Troy, Simon James Owen, Eucharice Mendoza, Tim Thierren, Kevin Rockefeller, Luisa Ortega, did premeditate, and have the ability and knowledge to commit an overthrow of the people's authority; in the manner of, giving aid and comfort, in adherence to each other, using the Police and Law Enforcement Officers to facilitate their overt Acts. Mark Calhoun is allegedly a Henderson County District 3 Judge, and was aware of their involvement as well as his own. This offense has happened before in this county, Smith County, Tyler Texas. The people are faced with financial burdens, and duress that was caused by Tyler Law Enforcement Police officers, and Smith County Sheriffs Officers. KLTV, 02/19/2023 at 10am, made a live broadcast about the public concern of hunger and homelessness that the Police has caused in this county. Police confiscate private property, one example is my vehicle, based on false statements. I ask a Termination of Employment of Smith County Sheriff and Police Department Officers involved. This includes Officers Caleb, and Officer Westbrook.

The names listed, are the Defendants. Angelena N. Baize, is the Plaintiff. Defendants have created a threat to safety and a danger to the public. Defendant party Sheriff Police Officers, denied compliance to their oath, in addition to negligence and reckless misconduct, and Defamation.

Prayer is for Damages, Relief, and compensation.

*Angelena Baize*