UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00106

**Angelena Baize,**
*Plaintiff,*

v.

**District One et al.,**
*Defendants.*

# ORDER

Plaintiff Angelena Baize, proceeding pro se, filed this lawsuit against defendants on February 24, 2023. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. Doc. 2. On April 19, 2023, the magistrate judge issued a report recommending that plaintiff's complaint be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Doc. 6. Plaintiff acknowledged receipt of the report on April 21, 2023. Doc. 7. Plaintiff did not file objections to the report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 6). Plaintiff's complaint is dismissed without prejudice for failure to prosecute and for failure to comply with a court order. All motions pending in this civil action are denied.

*So ordered by the court on May 19, 2023.*

J. CAMPBELL BARKER
United States District Judge