UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00106

———

**Angelena Baize,**
*Plaintiff,*

v.

**District One et al.,**
*Defendants.*

———

# FINAL JUDGMENT

The court, having considered plaintiff's case and rendered its decision by opinion, hereby enters judgment that plaintiff take nothing from her suit and that plaintiff's claims are dismissed without prejudice. The clerk of court is directed to close the case.

*So ordered by the court on May 19, 2023.*

J. CAMPBELL BARKER
United States District Judge